MARY O'CONNOR, Respondent, *v.* LAWRENCE CONZEN, Appellant.

(Argued April 23, 1886 ; decided June 1, 1886.)

THE simple question presented herein was as to whether the evidence was sufficient to sustain the judgment.

*Nathaniel C. Moak* for appellant.

*Charles J. Patterson* for respondent

DANFORTH, J., reads for affirmance.

All concur.

Judgment affirmed